ACCEPTED
15-24-00083-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/7/2025 4:32 PM
CHRISTOPHER A. PRINE
CLERK



## KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

CORY A. SCANLON
Assistant Solicitor General

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 936-1700
4/7/2025 4:32:57 PM
Cory.Scanlon@oag.texas.gov
CHRISTOPHER A. PRINE
Clerk

April 7, 2025

**Via Electronic Filing**

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals

    **Re:** *ASI Lloyds Insurance Company v. Texas Windstorm Insurance Association, et al.*, No. 15-24-00083-CV

Dear Mr. Prine:

    Mr. Scanlon, lead counsel for Appellee the Honorable Cassie Brown, Texas Commissioner of Insurance, will be out of the country from June 18-23, 2025. He therefore respectfully requests that oral argument in this case not be set during that time.

                Respectfully submitted.

                /s/ Cory A. Scanlon

                Cory A. Scanlon
                Assistant Solicitor General
                *Counsel for The Honorable Commissioner Cassie Brown, Texas Department of Insurance*

cc: All counsel of record (via electronic service)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 99375901
Filing Code Description: Letter
Filing Description: 20250407 ASI Lloyds Vacation ltr_C Scanlon
Status as of 4/7/2025 4:38 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wade Crosnoe | 783903 | wcrosnoe@thompsoncoe.com | 4/7/2025 4:32:57 PM | SENT |
| Adrienne Barclay | 24065955 | aredinger@perkinslawtx.com | 4/7/2025 4:32:57 PM | SENT |
| Rosalind Hunt | 24067108 | Rosalind.Hunt@oag.texas.gov | 4/7/2025 4:32:57 PM | SENT |
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 4/7/2025 4:32:57 PM | SENT |
| Adrienne Barclay | | abarclay@perkinslawtx.com | 4/7/2025 4:32:57 PM | SENT |
| Michael Wilson | | mwilson@perkinslawtx.com | 4/7/2025 4:32:57 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 4/7/2025 4:32:57 PM | SENT |
| Jay A.Thompson | | jthompson@mwlaw.com | 4/7/2025 4:32:57 PM | SENT |
| Terri M.Abernathy | | terri.abernathy@oag.texas.gov | 4/7/2025 4:32:57 PM | SENT |
| Shawn Pettyjohn | | spettyjohn@perkinslawtx.com | 4/7/2025 4:32:57 PM | SENT |

Associated Case Party: ASI Lloyds Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Trisha Koula | | tkoula@thompsoncoe.com | 4/7/2025 4:32:57 PM | SENT |